UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRAVIS IRVIN MIDDLETON,<br><br>    Plaintiff,<br><br>v.<br><br>RICK VON GELDREN, et al.,<br><br>    Defendants. | No. CV 08-8231-SVW (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge regarding the Defendant's Motion to Dismiss. The dismissal, however, is without prejudice. Plaintiff is forewarned that, given the Court's detailed and explicit explanation regarding the deficiencies in his pleadings, a second amended complaint, if similarly deficient, will be dismissed with prejudice

IT IS SO ORDERED.

DATED: May 31, 2012

                                  STEPHEN V. WILSON
                                United States District Judge