# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRAVIS IRVIN MIDDLETON, <br><br> Plaintiff, <br><br> v. <br><br> RICK VON GELDREN, et al., <br><br> Defendant(s). | No. CV 08-8231-SVW (AGR) <br><br> **JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that Plaintiff's claims are dismissed without prejudice.

DATED: May 31, 2012

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE